1026

No. 812. PARKER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Horace J. Donnelly, Jr.,* for petitioner Foundation for Divine Meditation, Inc. *Solicitor General Marshall, Assistant Attorney General Rogovin, Lee A. Jackson* and *Gilbert E. Andrews* for respondent.

No. 821. UNITED ELECTRICAL CONTRACTORS ASSOCIATION ET AL. *v.* ORDMAN ET AL. C. A. 2d Cir. Certiorari denied. *Leon Brickman* for petitioners. *Solicitor General Marshall, Arnold Ordman, pro se, Dominick L. Manoli* and *Norton J. Come* for respondents.

No. 822. UHLHORN *v.* U. S. GYPSUM Co. C. A. 8th Cir. Certiorari denied. *Joe C. Barrett* and *Walter P. Armstrong, Jr.,* for petitioner. *John M. Heiskell* for respondent.

No. 834. MILLSTEIN *v.* CO-ORDINATING COMMITTEE ON DISCIPLINE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Leonard Feldman* for petitioner. *Angelo T. Cometa* for respondent.

No. 840. PADUANO ET AL. *v.* CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied. *Abraham Wilson, David M. Potts* and *Max Gross* for petitioners. *J. Lee Rankin* for respondents.

No. 417, Misc. LOFLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.